UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW NELSON III; CALIFORNIA HEALTH CARE MEDICAL FACILITY,<br><br>Defendants. | No. 2:21–cv–1953–JAM-CKD<br><br>ORDER<br><br>(ECF Nos. 2, 4) |

On November 29, 2021, the magistrate judge filed findings and recommendations to deny plaintiff's request to proceed in forma pauperis in this action, finding that plaintiff's application indicates he is not unable to pay the filing fee. (ECF Nos. 2, 4.) The findings and recommendations were served on plaintiff and advised plaintiff that no objections period was required. See Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998), as amended (Sept. 9, 1998) (holding that plaintiffs are not entitled to file written objections to magistrate judge recommendation to deny IFP status). Plaintiff has not filed objections.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 4) are ADOPTED IN FULL;

////

1

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff shall pay the $402 filing fee within 30 days of the date of this order; and

4. Failure to pay the filing fee, or timely request an extension of time to do so, will result in dismissal of the case under Federal Rule of Civil Procedure 41(b).

Dated:  December 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE